In the Matter of HARRY FORD, HELEN FORD and ANNA ARNEMAN, Parents and Custodian of PETER FORD, an Infant under the Age of 16. JOHN G. SOLAN, Agent of the Children's Society for the Prevention of Cruelty to Children, Brooklyn Branch, Petitioner, Respondent; HELEN FORD, Appellant.— Order of the Domestic

Relations Court of the City of New York (Children's Court Division), Kings County, directing appellant to pay three dollars a week for the support of a minor child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.